**Franz A. WAKEFIELD,**
**Plaintiff–Appellant,**

v.

**THE WALT DISNEY COMPANY;**
**et al., Defendants–Appellees.**

**No. 07–56044.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed April 8, 2009.

Franz A. Wakefield, Miami, FL, for
Plaintiff–Appellant.

Thomas H. Edwards, Pasadena, CA, for
Defendants–Appellees.

Before: LEAVY, HAWKINS, and
TASHIMA, Circuit Judges.

MEMORANDUM **

Franz A. Wakefield appeals pro se from
the district court's summary judgment in
favor of defendants in his copyright in-
fringement action based on defendants'
production of the *Kingdom Hearts* video
game. We have jurisdiction under 28
U.S.C. § 1291. We review de novo the
grant of summary judgment, *Frybarger v.
Int'l Bus. Machs. Corp.*, 812 F.2d 525, 528
(9th Cir.1987), and for abuse of discretion

rulings concerning discovery, *Childress v.
Darby Lumber, Inc.*, 357 F.3d 1000, 1009
(9th Cir.2004). We affirm.

The district court properly granted sum-
mary judgment because Wakefield failed
to raise a genuine issue of material fact as
to whether defendants had access to his
copyrighted works prior to the completion
of the relevant portions of Kingdom
Hearts. *See Christian v. Mattel, Inc.*, 286
F.3d 1118, 1128 (9th Cir.2002) ("[A]s a
matter of copyright law, it is well estab-
lished that a prior-created work cannot
infringe on a later-created one."). More-
over, Wakefield failed to establish substan-
tial similarity between his copyrighted
works and *Kingdom Hearts. See Frybar-
ger*, 812 F.2d at 530 (concluding that there
was no copyright infringement where two
video games had similar features because
the similar features were nonprotectable
ideas).

The district court did not abuse its dis-
cretion by denying Wakefield's discovery
requests because the district court's rea-
sons for its decisions are supported by the
record. *See Childress*, 357 F.3d at 1009–
10.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.